**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ETHEL AUSTIN-SPEARMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>AARP, a District of Columbia corporation, and AARP SERVICES INC., a Delaware corporation,<br><br>*Defendants*. | Case No. |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

This matter came before the Court on Plaintiff's Motion for Class Certification. (Dkt. 2.) The Court, having considered the motion and otherwise being duly advised in the premises, HEREBY ORDERS AS FOLLOWS:

1. Pursuant to Local Civil Rule 23.1(b), Plaintiff's Motion for Class Certification is entered and continued; and

2. The Court will reserve ruling on Plaintiff's Motion for Class Certification until after class discovery has been completed and Plaintiff submits a full memorandum of points and authorities in support of class certification, in accordance with the discovery schedule to be set by the Court.

**IT IS SO ORDERED.**

Dated this ____ day of ____________, 2014

___________________________________
UNITED STATES DISTRICT JUDGE