**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ETHEL AUSTIN-SPEARMAN, individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

AARP, a District of Columbia corporation, and AARP SERVICES INC., a Delaware corporation,

*Defendants*.

Civil Case No. 1:14-cv-01288

The Honorable Ketanji B. Jackson

**PLAINTIFF'S *REVISED* UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Plaintiff Ethel Austin-Spearman ("Plaintiff"), by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully moves for a one-week extension of time to file her response to Defendants' Motion to Dismiss First Amended Complaint with Prejudice (the "Motion"). (Dkt. 24.) In support, Plaintiff states as follows:

1. Plaintiff filed this putative class action against Defendants AARP and AARP Services, Inc. ("Defendants") on July 29, 2014. (Dkt. 1.) On October 24, 2014, Plaintiff filed her First Amended Complaint pursuant to Rule 15(a)(1)(B). (Dkt. 23.)

2. On November 10, 2014, Defendants moved to dismiss with prejudice Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Defendants also included a Rule 12(f) request to strike certain material from the First Amended Complaint. No hearing date has been set for Defendants' Motion.

3. Pursuant to Local Rules 7(b) and (d), as well as Federal Rule of Civil Procedure 6(d), Plaintiff's response to Defendants' Motion is currently due on November 28, 2014, with Defendants' Reply in support of their Motion due on December 8, 2014.

4. Plaintiff is working diligently to review and analyze the many issues raised throughout the forty-one pages of Defendants' Motion. However, in light of those extensive factual and legal issues, along with logistical issues created by Plaintiff's counsel's other commitments that happen to fall within the default two-week response period (including out-of-state travel for hearings on unrelated cases and logistical matters concerning a recent death in the family), Plaintiff requires a brief extension of her response deadline, up to and including December 5, 2014. The requested extension of time will give Plaintiff sufficient time to fully consider and brief the issues raised by Defendants' Motion, and thereby give the Court a complete record for consideration.

5. On November 12, 2014, Plaintiff's counsel reached out to Defendants' counsel regarding the proposed one-week extension sought herein. On November 13, 2014, counsel for both Parties conferred via telephone, and Defendants' counsel indicated they had no objection to Plaintiff's request.

6. The relief requested herein is not sought for any improper purpose and will not cause prejudice to any party. Further, the requested extension will not alter any hearings or other deadlines set by the Court. No other extensions have been requested or granted in this case.

7. Good cause exists to extend the time for Plaintiff to respond to Defendants' Motion to Dismiss.

8. Accordingly, Plaintiff respectfully requests that the Court grant her request, such that Plaintiff's response to Defendants' Motion to Dismiss be filed on or before December 5, 2014, and Defendants' reply to their Motion be filed on or before December 15, 2014.

Respectfully submitted,

**ETHEL AUSTIN-SPEARMAN**, individually and on behalf of all others similarly situated,

Dated: November 17, 2014

By: /s/ Alicia E. Hwang
One of Plaintiff's Attorneys

Illinois Bar No. 6309294

Maria C. Simon
msimon@thegellerlawgroup.com
THE GELLER LAW GROUP
4000 Legato Road, Suite 1100
Fairfax, Virginia 22033
Tel: 703.679.7067
Fax: 703.259.8584

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Alicia E. Hwang*
ahwang@edelson.com
Benjamin S. Thomassen*
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Alicia E. Hwang, an attorney, certify that on November 17, 2014, I served the above and foregoing ***Plaintiff's Revised Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss First Amended Complaint***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Alicia E. Hwang