**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ETHEL AUSTIN-SPEARMAN,<br><br>PLAINTIFF,<br><br>v.<br><br>AARP and AARP SERVICES INC.,<br><br>DEFENDANTS. | ) | Civ. No. 14-cv-1288 (KBJ) |

**<u>ORDER</u>**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' [24] Motion to Dismiss is **GRANTED** and Plaintiff's [23] Complaint is **DISMISSED** for lack of subject matter jurisdiction.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

DATE: June 30, 2015

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge